UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF PIRATE WATER TAXI, LLC FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY AS THE OWNER OF
THE CAPTAIN JACK, OFFICIAL
NO. 1165032,

Case No.: 8:20-cv-00370

_____/

## AFFIDAVIT OF VALUE

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

Before me, the undersigned authority, this day personally appeared Roger E. Shore, who after being duly sworn, deposes and states as follows:

1. My name is Roger E. Shore. I am over the age of 18 and otherwise competent to give this Affidavit.

2. I have been engaged as a marine surveyor since 1983 and am duly qualified to provide this declaration of value. A copy of my curriculum vitae is attached as Exhibit A.

3. The Vessel did not appear to be damaged as a result of the incident described in the Petition (Dkt. 1). Accordingly, the value of the vessel at the conclusion of the voyage was $ 85,000.00 ~~less any depreciation~~.

4. I have read the foregoing Affidavit and exhibits attached thereto and that the facts stated in it are true.

FURTHER AFFIANT SAYETH NOT.

_____
ROGER SHORE

{BC00273902:1}

BEFORE ME, the undersigned authority, the foregoing instrument was acknowledged by means of ___~~physical presence~~ or___ online notarization, this __13th__ day of __Jan.__, 2020, by Roger E. Shore, who is ___personally known__ to me or who has shown _____ as identification.

NOTARY PUBLIC, STATE OF FLORIDA

_____
Printed Name of Notary

ANTHONY JOHN CUVA
MY COMMISSION # GG 359853
EXPIRES: September 17, 2023
Bonded Thru Notary Public Underwriters

My Commission Expires: _____